UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-000193-D4

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM JOSEPH MITCHELL, )<br>)<br>Defendant. ) | ORDER |

For good cause shown, defendant, WILLIAM JOSEPH MITCHELL, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the __31__ day of __March__ 2022.

_____
James C. Dever, III
United States District Judge