UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-000193-D4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM JOSEPH MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's Consent Motion to Continue Sentencing Hearing. For good cause shown, the motion is granted and the sentencing hearing in this matter is hereby continued to the term of court commencing on ____July____ 2022.

It is further ordered that any delay that results from this extension is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the __2__ day of June 2022.

James C. Dever, III
United States District Judge