UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-000193-D4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM JOSEPH MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, defendant, WILLIAM JOSEPH MITCHELL, Motion to Seal Motion is hereby GRANTED.

SO ORDERED, this the **20** day of September 2022.

James C. Dever, III
United States District Judge